**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BIANCA ENGLISH, | ) | |
| | ) | Case No.: 4:26-cv-01045 |
| Plaintiff, | ) | |
| | ) | Removed from the Circuit Court |
| v. | ) | of St. Louis City, Missouri |
| | ) | |
| JOSEPH WHALEN, STACI STIFT, | ) | |
| and COUNTRY FINANCIAL | ) | State Case No.: 2622-AC04393 |
| CORPORATION OFFICE, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

COME NOW Defendants, COUNTRY Preferred Insurance Company, improperly named as "Country Financial Corporation Office," (hereinafter "COUNTRY") and Joseph Whealen, improperly named as "Joseph Whalen," (hereinafter "Mr. Whealen"), by and through their undersigned counsel, and hereby remove the above-captioned action to the United States District Court for the Eastern District of Missouri, Eastern Division, pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446. In support thereof, COUNTRY and Mr. Whealen respectfully state as follows:

1.      On March 26, 2026, Plaintiff filed a Petition in the Circuit Court of St. Louis City, Missouri. The petition purports to assert claims against COUNTRY, Mr. Whealen and Staci Stift for breach of contract, vexatious refusal to pay, defamation, negligence, and negligent misrepresentation. The purported claims allegedly arise out of a fire and vandalism claim presented under a homeowners insurance policy underwritten by COUNTRY. A copy of the state court file for Case No. 2622-AC04393 is attached hereto as **Exhibit A** and is incorporated by reference as if fully set forth herein.

1

2. Plaintiff currently resides at 5966 Lotus Ave. in St. Louis City, Missouri 63112, and she resided at said location at all times relevant hereto.

3. Therefore, for purposes of removal based on diversity of citizenship, Plaintiff is a citizen of the state of Missouri.

4. COUNTRY is a foreign corporation organized and existing under the laws of the State of Illinois, with its principal place of business in Bloomington, Illinois, and is authorized to do business in the State of Missouri.

5. Therefore, for purposes of removal based on diversity of citizenship, COUNTRY is a citizen of the State of Illinois.

6. Mr. Whealen was and is, and at all relevant times, a citizen of the State of Illinois.

7. Therefore, for purposes of removal based on diversity of citizenship, Mr. Whealen is a citizen of the State of Illinois.

8. While Plaintiff has failed to plead any facts whatsoever establishing Staci Stift's citizenship, Plaintiff has provided the Circuit Court of St. Louis City with the following address at which to serve Ms. Stift with the Petition: 11124 S. Towne Sq., St. Louis, Missouri 63123.

9. Therefore, for purposes of removal based on diversity of citizenship, it appears Ms. Stift may be a citizen of the State of Missouri.

10. However, Plaintiff has improperly joined Ms. Stift in this action for the sole purpose of avoiding federal court jurisdiction based on complete diversity of citizenship.

11. As such, Plaintiff's joinder of Ms. Stift was fraudulent and will not prevent removal. *Anderson v. Home Ins. Co.*, 724 F.2d 82, 84 (8th Cir. 1983).

12. "[W]hen…assessing whether diversity jurisdiction exists over a particular case, a court may ignore the citizenship of parties fraudulently joined." *Parnas v. General Motors Corp.*, 879 F.Supp. 91, 92 (E.D. Mo. 1995) (citing *Anderson*, 724 F.2d at 84).

13. "Joinder is fraudulent, if on the face of the state court complaint, no cause of action lies against the resident defendant." *Reeb v. Wal-Mart Stores, Inc.*, 902 F.Supp. 185, 187 (E.D. Mo. 1995) (citing *Anderson*, 724 F.2d at 84).

14. "If there is no reasonable basis in fact or law supporting the claim against the resident defendant, or the reviewing court finds that the plaintiff has no real intention of prosecuting the action against the resident defendant, joinder is fraudulent and removal is proper." *Id.*

15. On the face of Plaintiff's Petition, there is no reasonable basis in fact or law supporting the claims alleged against Ms. Stift. Specifically, in line 4 of her Petition, Plaintiff asserts that "Defendant, Staci Swift [sic], is an agent of Country Financial."

16. Ms. Stift was employed by COUNTRY as an insurance agent whose job duties included procuring and selling insurance policies, including the insurance policy sold to Plaintiff that is the subject of this litigation. Plaintiff admits and confirms Ms. Stift's employment with COUNTRY based on the allegation in line 4 of her Petition.

17. Under well-settled principles of Missouri agency law, an agent can only be personally liable in his individual capacity if he acted in his own self-interest and outside the scope of his employment with the principal. See *Grothe v. Helterbrand*, 946 S.W.2d 301, 304 (Mo. App. S.D. 1997); *Darling & Co. v. Fry*, 24 S.W.2d 722, 723 (Mo. App. 1930).

18.     Although the Petition is not a model of clarity, it appears that any allegations against Ms. Stift relate to her job duties and responsibilities as an agent of COUNTRY and the actions she took acting in her capacity as an agent for COUNTRY.

19.     The Petition contains no allegation that Ms. Stift acted outside her course and scope of her agency.

20.     Because Ms. Stift was admittedly an agent of COUNTRY, any alleged improper actions on her part were actions taken in her capacity as a disclosed agent of a known principal (COUNTRY).  As such, she cannot be personally liable as a matter of law.

21.     In addition, Plaintiff's petition fails to state colorable claim or cause of action against Ms. Stift.

22.     Ms. Stift has been fraudulently joined and included in this lawsuit because Plaintiff wishes to avoid federal court jurisdiction based on complete diversity of citizenship.

23.     The amount in controversy in this action, exclusive of interests and costs, exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), in that Plaintiff has made demand on COUNTRY for $321,942.19 (See demand letter from former counsel for Plaintiff dated March 16, 2026, attached hereto and incorporated by reference herein as **Exhibit B**).  Plaintiff's prayer for relief on page 4 of the Petition requests "[c]ompensatory damages in an amount to be determined at trial, but believed to exceed $550,000."  Plaintiff is also seeking to recover "policy benefits, statutory penalties, and attorney's fees" pursuant to Mo. Rev. Stat. §375.420 (See Count II of Petition).

24.     COUNTRY and Mr. Whealen were served with the Petition on May 30, 2026. Pursuant to 28 U.S.C. § 1446, this Notice of Removal is timely filed within thirty (30) days.

4

25.     Complete diversity of citizenship exists between a) Plaintiff; b) COUNTRY; and c) Joseph Whealen.  Though Ms. Stift is potentially a citizen of the same state as Plaintiff, Plaintiff has fraudulently joined Ms. Stift.  The amount in controversy in this action exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00).  As such, removal to this Court is proper pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1446.

26.     Accompanying this Notice of Removal is the Disclosure Statement required under Local Rule 2.09 and Fed. R. Civ. Pro. 7.

27.     Accompanying and attached to this Notice of Removal is a Civil Cover Sheet for filing in this Court.

28.     COUNTRY, simultaneously with the filing of this Notice of Removal, has given written notice of the filing of this Notice of Removal to Plaintiff, and will file a copy of the Notice of Removal with the Clerk of the Circuit Court of St. Louis City, Missouri.

29.     Undersigned counsel has consulted with counsel for Ms. Stift, and Ms. Stift does not object, and specifically consents, to the removal of this case to this Honorable Court.

WHEREFORE Defendants, COUNTRY Preferred Insurance Company and Joseph Whealen, respectfully request this Honorable Court accept jurisdiction of this action, and award Defendant any such other and further relief as deemed just under the circumstances.

*Respectfully submitted,*

**WATTERS WOLF BUB HANSMANN, LLC**

*/s/ Robert L. Brady*
Robert L. Brady, #47522MO
Nicholas S. Gerth, #67009MO
Joseph D. Good, #74668MO
600 Kellwood Parkway, Suite 120
St. Louis, MO 63017
(636) 798-0570 – Phone
(636) 798-0693 – Fax
rbrady@wwbhlaw.com
ngerth@wwbhlaw.com
jgood@wwbhlaw.com
*Attorneys for Defendants Joseph Whealen*
*And COUNTRY Preferred Insurance Co.*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on June 29, 2026, the foregoing was electronically filed with the Clerk of the Court via the Court's CM/ECF System, and was served via email and United States Mail, first class postage prepaid, to *pro se* Plaintiff, Bianca English at:

Ms. Bianca English
5966 Lotus Avenue,
St. Louis, MO 63112
biancastohot@gmail.com
*Pro se Plaintiff*

*/s/ Robert L. Brady*

6